177 A.3d 111

MICHAEL BESEN, PLAINTIFF–PETITIONER, v. SANDRA WEISS, DEFENDANT–RESPONDENT.

C–404 September Term 2017
080105

December 8, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000268–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs; and it is further

ORDERED that the notice of appeal is dismissed.